1   **MICHAEL N. FEUER, City Attorney (SBN 111529)**
2   **CRAIG TAKENAKA, Managing Assistant City Attorney (SBN 128898)**
    **DEBORAH BREITHAUPT, Deputy City Attorney (SBN 170206)**
3   **OFFICE OF THE LOS ANGELES CITY ATTORNEY**
4   **City Hall East, 200 North Main Street, Suite 916**
    **Los Angeles, CA 90012-4130**
5   **Telephone: (213) 978-7965/Facsimile: (213) 978-7957**
6   **Email: Deborah.breithaupt@lacity.org**

7   Attorneys for Defendants City of Los Angeles and Los Angeles Housing and
8   Community Investment Department, f/k/a Los Angeles Housing Department (all
9   referred to as the "City")

10

11                  **UNITED STATES DISTRICT COURT**

12                  **CENTRAL DISTRICT OF CALIFORNIA**

13

14   BRANDI GARRIS, JOHN SWITZER  )   **Case No.2:17-CV-01452 MWF (Ex)**
     and JASON TEAGUE,            )
15                                )
                                  )
16          Plaintiffs,           )   **DEFENDANT CITY'S TABLE OF**
                                  )   **CONTENTS AND TABLE OF**
17          vs.                   )   **AUTHORITIES IN SUPPORT OF**
                                  )   **SUPPLEMENTAL BRIEF**
18   CITY OF LOS ANGELES and LOS  )
19   ANGELES HOUSING AND          )
     COMMUNITY INVESTMENT         )
20   DEPARTMENT, f/k/a LOS ANGELES)
21   HOUSING DEPARTMENT,          )
                                  )
22          Defendants.           )
                                  )
23                                )
                                  )
24   _____)

25

26

27

28
                              1
     CITY'S TABLES FOR SUPPLEMENTAL BRIEF

Defendant City respectfully submits a Table of Contents and Table of Authorities in support of its Supplemental Brief regarding the pending Motion which is attached hereto.

Dated: June 1, 2017        MICHAEL N. FEUER, City Attorney
                           CRAIG TAKENANAK, Man. Assistant City Attorney
                           DEBORAH BREITHAUPT, Deputy City Attorney

By:_____/s/_____
           DEBORAH BREITHAUPT

           Attorneys for Defendant City of Los Angeles *et. al.*

2

1

# TABLE OF CONTENTS

2

Page

3

1. Standing…………………….…………………………………..……………..…..1

4

   A.  No Colorable Injury-in-Fact Or Proximate Cause…………………….…..1

5

   B.  SCEP Fees And Penalties Lack Proximate Cause To Any Injury………..3

6

   C.  Qualified Immunity Dictates Dismissal For Lack Of Injury……………5

7

   D.  The Lack Of Any As-Applied Facts Equals No State Action…………...6

8

   E.  Lack of Standing Due To Time Barred Claims…………………….…..7

9

   F.  Lack of Standing Due Failure To Exhaust Remedies…………………..8

10

   G.  SCEP Fee Payments Do Not Implicate Coerced Inspections…………..9

11

2. Severability Clause……......…..………………………………………………11

12

   A.  Volitionally Severable………………………………………….……....13

13

   B.  Grammatically Severable……………………………………….………13

14

   C.  Functionally Severable………………….....……………………..………14

15

3. Amendment To The Complaint Inspection Ordinance Moots This Lawsuit......14

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## TABLE OF AUTHORITIES

2

3 | **Cases** | **Page(s)**

4 *Acosta v. City of Costa Mesa*

5    (9th Cir. 2013) 718 F. 3d 800………......…………………………………...13, 14

6 *Alaska Airlines, Inc. v. Brock*

7    (1987) 480 U.S. 678, 107 S. Ct. 1476, 94 L. Ed.2d 661……….………….12

8 *Ashcroft v. Iqbal*

9    (2009) 556 U.S. 662, 129 S. Ct. 1937, 173 L. Ed. 2d 868…………………..2

10 *Bell Atlantic Corp. v. Twombly*

11    (2007) 550 U.S. 544, 127 S. Ct. 1955, 167 L. Ed. 2d. 929…..……….…….6

12 *Bruns v. Nat'l Credit Union Admin.*

13    (9th Cir 1997) 122 F. 3d 1251……..………….….………………………….2

14 *Buckley v. Valeo*

15    (1976) 424 U.S. 1, 96 S. Ct. 612, 677, 46 L. Ed.2d 659…..…….................12

16 *Butler v. Elle*

17    (9th Cir. 2002) 281 F. 3d. 1014………………………………….…………….5

18 *Cal. Tow Truck v. City and County of San Francisco*

19    (2015) 797 F. 3d 733…………......…………………………………………..14

20 *Cannon v. Taylor*

21    (11th Cir. 1986) 782 F. 2d 947, 1986 U.S. App. LEXIS 22350, *3……...…7

22 *Citizens for Free Speech, LLC v. Cnty. Of Alameda*

23    (N.D. Cal. 2016) 194 F. Supp. 3d 968……………….………………….......15

24 *City of Oklahoma City v. Tuttle*

25    (1985) 471 U.S. 808, 105 S. Ct. 2427, 85 L. Ed. 2d 791…………………….6

26

27

28

*Coachella Valley Mosquito & Vector Control Dist. v. Cal. Public.*
*Emp't Relations Board*
    (2005) 35 Cal 4th 1072, 112 P. 3d 623, 29 Cal. Rptr. 3d 234…………...…..8
*Covenant Media of Cal., L.L.C. v. City of Huntington Park*
    (2005) 377 F. Supp. 2d 828, 2005 U.S. Dist. LEXIS 14718, *29…………...5
*Davis v. City of Ellensburg*
    (9th Cir. 1989) 896 F. 2d 1230, 1989 U.S. App. LEXIS 2301, *4……...…...6
*Dollar v. Haralson County*
    (11th Cir. 1983) 704 F. 2d 1540, 1983 U.S. App. LEXIS 27548…………...7
*El Paso & N. R. Co. v. Gutierrez*
    (1909) 215 U.S. 87, 30 S. Ct. 21, 24, 54 L. Ed. 106, 111 …………..……..12
*Exec. Bens. Ins. Agency v. Arkison*
    (2014) 134 S. Ct. 2165, 189 L. Ed. 2d 83 …….….……………...……12
*Harlow v. Fitzgerald*
    (1982) 457 U.S. 800, 73 L. Ed 2d 396, 102 S. Ct. 2727…………………....5
*In re Blaney*
    (1947) 30 Cal. 2d 643, 184 P. 2d 892……………………...……………13
*In re Portnoy*
    (1942) 21 Cal. 2d 237, 131 P. 2d 1 …………….............…………………12
*Johnson v. City of Loma Linda*
    (2000) 24 Cal. 4th 61, 5 P. 3d 874, 99 Cal. Rptr. 2d 316………………....8
*Johnson v. United States*
    (2015) 135 U.S. 133, 135 S. Ct. 2551, 192 L. Ed. 2d 569 ………………12

CITY'S TABLES FOR SUPPLEMENTAL BRIEF

*Jones v. Comm. Redevelopment Agency*
    (9th Cir. 1994) 733 F. 2d 646…….....…………………………………..2

*Lakewood v. Plain Dealer Publ. Co.*
    (1988) 486 U.S. 750, 100 L. Ed. 2d 771…………..………………………..13

*Larez v. Holcomb*
    (9th Cir. 1994) 16 F. 3d 1513, 1994 U.S. App. LEXIS 2995, *11………...10

*Leavitt v. Jane L.*
    (1996) 518 U.S. 137, 135 L. Ed. 2d 443…………………………..……..13

*Liberal v. Estrada*
    (9th Cir. 2011) 632 F. 3d 1064, 2011 U.S. App. LEXIS 957, *55……...…10

*Life In. Co. v. Waddell & Reed Inc.*
    (9th Cir. 2004) 360 F. 3d 960…....3

*Lujan v. Defenders of Wildlife*
    (1992) 504 U.S. 555, 112 S. Ct. 2130, 119 L. Ed. 2d 351…...……….…….2

*Lytle v. Carl*
    (9th Cir. 2004) 382 F. 3d 978 2004 U.S. App. LEXIS 18476, *5………...6

*Minnesota v. Carter*
    (1998) 525 U.S. 83, 119 S. Ct. 469, 142 L. Ed. 2d 373 …………....……….7

*Monell v. Dep't of Soc. Servs.*
    (1978) 436 U.S. 658, 98 S. Ct. 2018, 56 L. Ed. 2d 611………....…..………6

*Nevada v. Bank of America*
    (9th Cir. 2012) 672 F. 3d 661….………………………….…………....…3

*Outdoor Media Group, Inc. v. City of Beaumont*
    (9th Cir. 2007) 506 F. 3d 895, 2007 U.S. App. LEXIS 25508, *7………...15

*People of Gambell v. Babbitt*
    (9th Cir. 1993) 999 F. 2d 403, 1993 U.S. App.  LEXIS 17477, *4………..14

*Rojo v. Klinger*
    (1990) 52 Cal. 3d 65, 801 P.2d 373, 276 Cal. Rptr. 130…..………………..8

*Sam Francis Found. v. Christies, Inc.*
    (9th Cir. 2015) 784 F. 3d 1320, 2015 U.S. App. LEXIS 7411, *12……....13

*Trailmobile Co. v. Whirls*
    (1947) 331 U.S. 40, 67 S. Ct. 982, 91 L. Ed. 1328………………………. 14

*Travis v. County of Santa Cruz*
    (2004) 33 Cal. 4th 757, 94 P. 3d 538, 16 Cal. Rptr. 3d 404…..…………....7

*United Investors Life Ins. Co. v. Waddell & Reed Inc.*
    (9th Cir. 2004) 360 F. 3d 960…………………………………….…….….3

*United States v. Garcia*
    (9th Cir. 1993) 997 F. 2d 1273, 1993 U.S. App. LEXIS 13490, *19…........9

*Vivid Entm't, LLC v. Fielding*
    (9th Cir. 2014) 774 F.3d 566, 2014 U.S. App. LEXIS 23560, *11 ………..14

*Young v. Gannon*
    (2002) 97 Cal. App. 4th 209, 118 Cal. Rptr. 2d 187……………….......…..6

**Statutes**

*California Code Civil Procedure*
    Section 335.1….……………………………….……...………….……….8
    Section 338…………………………………..…………….…...………….7

*California Evidence Code*
    Section 664……………………...…………………...…………………….4

**Statutes**                                                            **Page(s)**

*California Government Code*

    Section 65009(c)(1)(b)..………................................................................7

*California Health & Safety Code*

    Section 17910.………………….……………………………..…..2

    Section 17960.……………….....……………..……………………..2

    Section 17964.……………….....………………..…………………..2

*Federal Rule*

    FRCP 12(b)(6).………………….……....……………..……..8, 15

*Government Code*

    Section 36901.………………….…....…………..……………….....2

*Los Angeles Municipal Code*

    Section 161.103.………………....……………..…….……………11

    Section 161.301.………………….……………………………..…..2

    Section 161.352.………………….……....………….…..……3, 4, 10

    Section 161.354.……………….....……………..…….……………11

    Section 161.401.……………………………………………………..2

    Section 161.402.……………….....……………..…………………..2

    Section 161.403.………………….……………..…………………..2

    Section 161.404.……………….....……………...…….……………..2

    Section 161.405.………………….……………..…………………..2

    Section 161.406.………………………………….…….…………11

    Section 161.408.………………………………….…….………4, 11

    Section 161.409.……………....…………………..………………....11

    Section 161.602.2.………….......……..…………………….………11

    Section 161.603.………………….......………..…..…………11, 12, 13 14

    Section 161.901.3.A-D.……………………..…….……..………4, 9

**Statutes**                                                      **Page(s)**

*Los Angeles Municipal Code*

    Section 161.903.1……………..……………………..………………………….4, 10

    Section 161.903.2……………………………...……..…………………….4, 10

    Section 161.905…………………..…………………………………………..4

    Section 161.1001.1………………...……………...……………….….4, 8, 10

*United States Code*

    42 U.S.C Section 1983……..…..……………………………………..6, 7, 9

CITY'S TABLES FOR SUPPLEMENTAL BRIEF

**PROOF OF SERVICE**

I, DEBORAH BREITHAUPT, declare as follows:

At the time of service I was over 18 years of age and not a party to this action. My business address is 916 City Hall East, 200 North Main Street, Los Angeles, CA 90012, which is in the County, City and State where this mailing occurred.

On June 1, 2017, I served the document(s) described as CITY'S TABLES FOR SUPPLEMENTAL BRIEF on all interested parties in this action:

> Dominic Surprenant
> QUINN EMMANUEL URQUHART &
> SULLIVAN, LLP
> 865 South Figueroa Street, 10th Floor
> Los Angeles, California 90017-2543
> Telephone: (213) 443-3000/Facsimile: (213) 443-3100

**By United States Mail**: I enclosed true copies of the documents(s) in a sealed envelope or package addressed to the person(s) address(es) as above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I declare under penalty of perjury under the laws of the State of California and United States that the foregoing is true and correct.

Dated: June 1, 2017

By:_____/s/_____
DEBORAH BREITHAUPT

3

CITY'S TABLES FOR SUPPLEMENTAL BRIEF