JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

BRANDI GARRIS, JASON TEAGUE, and JOHN THOMAS SWITZER,

Plaintiffs,

vs.

CITY OF LOS ANGELES and LOS ANGELES HOUSING AND COMMUNITY INVESTMENT DEPARTMENT,

Defendants.

Case No. CV-17-1452-MWF (Ex)

**FINAL JUDGMENT AS TO ALL CLAIMS AND PARTIES**

The above-entitled action came before the Honorable Michael W. Fitzgerald, United States District Judge, presiding in Courtroom 5A of the above-entitled Court, on October 15, 2018, pursuant to Plaintiffs' Motion for Leave to File First Amended Complaint (the "Motion"). (Docket No. 72). All claims have now been resolved, as follows:

Plaintiffs commenced this action on February 22, 2017, and asserted three claims against Defendants: (1) declaratory relief, (2) injunctive relief, and (3) violation of 42 U.S.C. § 1983. (Docket No. 1).

On November 7, 2017, Plaintiffs' claim for violation of § 1983 was dismissed by the Court's Order re Motion to Dismiss Case. (Docket No. 31).

On August 3, 2018, Plaintiffs' claims for declaratory and injunctive relief were dismissed by the Court's Order re Stipulated Judgment. (Docket No. 71).

On October 30, 2018, Plaintiffs' Motion, seeking reconsideration of the dismissal of the claim for violation of § 1983 and leave to file a First Amended Complaint, was denied in its entirety. (Docket No. 79).

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered as follows:

1. Judgment on all claims is entered in favor of Defendants and Plaintiffs shall take nothing by their Complaint.
2. Defendants are awarded their costs as provided by law.

Dated: October 30, 2018

MICHAEL W. FITZGERALD
United States District Judge