JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI GARRIS, JOHN SWITZER *and* JASON TEAGUE,<br><br>  Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES *and* LOS ANGELES HOUSING AND COMMUNITY INVESTMENT DEPARTMENT, f/k/a LOS ANGELES HOUSING DEPARTMENT,<br><br>  Defendants, | CASE NO. CV 17-1452 MWF (Ex)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF PLAINTIFF JASON TEAGUE** |

Pursuant to the parties' Joint Stipulation of Dismissal of Plaintiff Jason Teague, the Court hereby orders that all claims brought by Plaintiff Jason Teague are dismissed from this action without prejudice and with each party bearing its own attorneys' fees and costs, including attorneys' fees and costs related to the appeal.

IT IS SO ORDERED.

Dated:  November 16, 2020     _____
MICHAEL W. FITZGERALD
United States District Judge